1                                                                          "O"

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )    Case No.: SA 10-225M
                                         )
12                          Plaintiff,   )    ORDER OF DETENTION
                                         )
13   vs.                                 )
                                         )
14                                       )
     Laterrial Dewaun Norwood,           )
15                          Defendant.   )
     _____ )
16

17                                 **I.**

18   A.    (X)   On motion of the Government in a case allegedly involving:

19         1.    (X)   a crime of violence.

20         2.    ( )   an offense with maximum sentence of life imprisonment or death.

21         3.    ( )   a narcotics or controlled substance offense with maximum sentence

22                     of ten or more years.

23         4.    ( )   any felony - where defendant convicted of two or more prior

24                     offenses described above.

25         5.    ( )   any felony that is not otherwise a crime of violence that involves a

26                     minor victim, or possession or use of a firearm or destructive device

27                     or any other dangerous weapon, or a failure to register under 18

28                     U.S.C. § 2250.

1  B.  (X)  On motion by the Government/(  ) on Court's own motion, in a case

2          allegedly involving:

3      (X)  On the further allegation by the Government of:

4          1.  (X)  a serious risk that the defendant will flee.

5          2.  (  )  a serious risk that the defendant will:

6              a.  (  )  obstruct or attempt to obstruct justice.

7              b.  (  )  threaten, injure or intimidate a prospective witness or

8              juror, or attempt to do so.

9  C.  The Government (  ) is/(X) is not entitled to a rebuttable presumption that no

10    condition or combination of conditions will reasonably assure the defendant's

11    appearance as required and the safety or any person or the community.

12

13                                **II.**

14  A.  (X)  The Court finds that no condition or combination of conditions will

15          reasonably assure:

16      1.  (X)  the appearance of the defendant as required.

17          (X)  and/or

18      2.  (X)  the safety of any person or the community.

19  B.  (  )  The Court finds that the defendant has not rebutted by sufficient evidence

20          to the contrary the presumption provided by statute.

21

22                                **III.**

23    The Court has considered:

24  A.  (X)  the nature and circumstances of the offense(s) charged, including whether

25          the offense is a crime of violence, a Federal crime of terrorism, or involves

26          a minor victim or a controlled substance, firearm, explosive, or destructive

27          device;

28  B.  (X)  the weight of evidence against the defendant;

1 | C.    (X)    the history and characteristics of the defendant; and

2 | D.    (X)    the nature and seriousness of the danger to any person or the community.

3

4 | **IV.**

5 | The Court also has considered all the evidence adduced at the hearing and the

6 | arguments and/or statements of counsel, and the Pretrial Services

7 | Report/recommendation.

8

9 | **V.**

10 | The Court bases the foregoing finding(s) on the following:

11 | A.    (X)    As to flight risk:   Defendant's lack of bail resources and submission to

12 | detention.

13 | B.    (X)    As to danger:  The nature of the charged offense and Defendant's criminal

14 | history.

15 | **VI.**

16 | A.    (  )    The Court finds that a serious risk exists the defendant will:

17 | 1.    (  )    obstruct or attempt to obstruct justice.

18 | 2.    (  )    attempt to/ (  ) threaten, injure or intimidate a witness or juror.

19 | B.    The Court bases the foregoing finding(s) on the following:

20 | _____

21 | _____

22 | _____

23

24 | **VI.**

25 | A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

26 | B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of

27 | the Attorney General for confinement in a corrections facility separate, to the

28 | extent practicable, from persons awaiting or serving sentences or being held in

1    custody pending appeal.

2  C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

3         opportunity for private consultation with counsel.

4  D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

5         request of any attorney for the Government, the person in charge of the

6         corrections facility in which defendant is confined deliver the defendant to a

7         United States marshal for the purpose of an appearance in connection with a court

8         proceeding.

9

10  Dated:  May 14, 2010

11                                            /s/   Arthur Nakazato
                                         ARTHUR NAKAZATO
                                   UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28